■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WEST, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Burke, J.—criminal sale of controlled substance, fifth degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH B. KULCZYK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Doyle, J.—criminal sale of controlled substance, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ In the Matter of DARRYL HICKS, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, Matter of Perez v Wilmot,* 67 NY2d 615). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.